PETITION OF FRANKLIN WAYNE SHAMMEL, IN RE SENTENCE REVIEW.

No. 13702.
Feb. 23, 1977.
559 P.2d 1183.

ORDER

PER CURIAM:

The petition of Franklin Wayne Shammel for review of the sentence herein is denied for the reason that said sentence has already been reviewed by the Sentence Review Division, an arm of this Court.

STATE EX REL DOUGLAS R. KELLY AND BETTE LYNN KELLY, RELATORS, v. DISTRICT JUDGE JACK D. SHANSTROM, JUDGE OF THE SIXTH JUDICIAL DISTRICT, OF THE STATE OF MONTANA, IN AND FOR THE COUNTY OF SWEET GRASS, RESPONDENT.

No. 13712.
Feb. 23, 1977.
559 P.2d 1183.

ORDER

PER CURIAM:

The petition for writ of prohibition or other appropriate writ is denied for the reason that petitioner has an adequate remedy at law for appeal.